UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA DIGGS,<br><br>            Plaintiff,<br><br>     v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>            Defendants. | Case No. 21-cv-01410-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 28 |

The parties engaged in mediation and settled the case. ECF No. 28. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: December 16, 2021

_____
JON S. TIGAR
United States District Judge